AO 91 (Rev. 12/85) Criminal Complaint

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 9 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

# United States District Court

NORTHERN     DISTRICT OF     TEXAS

UNITED STATES OF AMERICA

V.

JOSE LUIS AGUILAR RAMOS

**SEALED**

COMPLAINT

CASE NUMBER: 3-15-MJ-

**3-15MJ907-BH**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning on or about November 9, 2015, in Dallas County, in the Northern District of Texas, defendant did, **knowingly and intentionally possess with the intent to distribute and distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance**,

in violation of Title 21, United States Code, Section 841(a) and (b)(1)(A).

I further state that I am a <u>Special Agent with Drug Enforcement Administration</u> and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Travis Schulze, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    XX Yes    No

_____
Travis Schulze
Special Agent, DEA

Sworn to before me and subscribed in my presence, on this 9th day of December, 2015, at Dallas, Texas.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE LUIS AGUILAR RAMOS | NO: |

AFFIDAVIT

I, Travis Schulze, a Special Agent with the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

I. Introduction

My name is Travis Schulze, and I am a Special Agent with the United States Department of Justice Drug Enforcement Administration (DEA). I have been with the DEA since May 2012. I am assigned to the Dallas Field Division Office to investigate violations of federal drug statutes. I have conducted and participated in previous investigations of violations of the United States' drug laws, including violations of 21 U.S.C. §§ 841(a)(1), and 846. I am a United States law enforcement officer as defined in 18 U.S.C. § 2510(7), and I am empowered by law to conduct criminal investigations and to make arrests for federal felony offenses.

I have personally participated in the investigation below and I am familiar with the facts and circumstances through my personal participation, from discussions with other DEA agents and law enforcement officers, and from reviewing records and reports

Affidavit – Page 1

relating to the investigation. Because this affidavit is for the limited purpose of securing a criminal complaint, I have not included details of every aspect of the investigation.

## II. Probable Cause

1. Since August 2015, DEA-Dallas agents have investigated the activities of a drug trafficking group operating in the Dallas, Texas area distributing kilogram quantities of cocaine and methamphetamine. Agents used a confidential source (CS) to make an undercover methamphetamine purchase from a member of the Dallas-based organization. The CS has been a DEA CS for approximately one year and has assisted agents in the arrests of approximately 13 federal defendants and the seizure of approximately 300 pounds of methamphetamine. The CS has been proven credible and reliable.

2. On November 5, 2015, the CS was introduced to Luis LNU, aka "Juan," later identified as Jose Luis Aguilar Ramos. Ramos offered to sell the CS kilogram quantities of methamphetamine and cocaine, and identified himself as a methamphetamine manufacturer and distributor.

3. On November 9, 2015, Ramos agreed to sell the CS a kilogram of methamphetamine for $9,000. Agents met the CS at a neutral location and directed the CS to contact Ramos to arrange the purchase of the one kilogram of methamphetamine. At approximately 1:20 p.m., the CS made a recorded phone call to Ramos at (214) 984-4126. Ramos agreed to meet the CS at the Walmart in Balch Springs, Texas, and said he was already in the Walmart parking lot. At a neutral location, agents searched the CS and the CS's vehicle for illegal contraband. No illegal contraband was located. Agents gave

Affidavit – Page 2

the CS $9,000 to buy the methamphetamine and a recording device to record the meeting with Ramos.

4. Agents established surveillance at the Walmart and observed Ramos parked in the parking lot. From the neutral location, agents followed the CS directly to the Walmart parking lot. Agents saw the CS enter Ramos's vehicle; the CS's recording device recorded the meeting between the CS and Ramos. During the meeting, Ramos gave the CS a box containing bags of a white crystalized substance. The CS paid Ramos $9,000 for the methamphetamine, and they (the CS and Ramos) discussed future methamphetamine transactions. Ramos indicated he expected a methamphetamine shipment from Mexico. Agents observed the CS return to the CS's vehicle and depart the area. Agents followed the CS directly to a neutral location. At the neutral location, agents searched the CS and his/her vehicle for illegal contraband. No illegal contraband was located. The CS gave agents the box containing the white crystalized substance. The substance field tested positive for the presence of methamphetamine, and agents submitted the substance to the DEA laboratory for further analysis.

### III. Conclusion

Based upon the information in this affidavit, I believe there is probable cause that Jose Luis Aguilar Ramos has violated 21 U.S.C. § 841 (a)(1) and (b)(1)(A), that is, possession with the intent to distribute and the distribution of 500 grams or more of a

mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

_____
Travis Schulze
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this the 9th day of December, 2015.

_____
IRMA C. RAMIREZ
United States Magistrate Judge
Northern District of Texas